Thank you. We are five candidates, two courses. The party name is the court. In the court we receive the court's notice of whether or not there's a constitutional issue. If there's a constitutional issue, then we do notice that there's a constitutional issue and that you can work with the whole constitutional issue, whether the judge is right in pursuing peace or giving a defense. In other words, it's because the judge is concerned that there's a defense. If there's a case and the judge is concerned that there's a constitutional issue, then the judge is required to work with the whole constitutional issue. The federal judiciary court in North Carolina says it's not an item of federal constitutional right to fail to instruct a certain number of members of each state or nation. So prior to a defense, let's describe to the ability to do a condemnation, what couples need in their case is a new case order. So in California, the law exists in exchange for the judge's responsibility, but it's hard for me to believe that 80 years later, the case office is a new person. It's hard for me to believe that essential to the defense, you know, it's a law we're discussing, the party that made this law, should have no influence. So tell us a little bit about how you do those essential to the defense. Well, when you look at the first page of the law, you look at, here's the case, I need 10,000 DNAs for converting, or 10 doctors. Well, right at that point, you have another 47 months to do it, and when you get to the final instruction, there is an objection to that. When you get to the class, it still requires a state and hospital objection to the admission. This was, your argument in the state's court was that the court was required to give its response. It wasn't an argument that the court heard, but you had to request the instruction to act. Okay, so now we have circumstances where a state law may require you to give its response. You know, federal law will be promoting policing, information, federal rights. You need to somehow inspire people to apply these rights and advantages. I'm going to ask you about one of those things, and I think that that's also a substantive part of your argument. Well, there's a problem with state court. Problem with state court is you don't have to ask for it. It's not your child's child's application. It's the child court's application. So, it's very important to go ask for it. You don't need to. So, we talked about how you don't need to in order to get the court to be able to do it, but look, it's discussed. Counsel says, I think I need this instruction. Counsel says, maybe you don't need to. Counsel says, I don't know. I don't think you need it. You need to address some of the issues. You need to address your interests. It's the child court. So, if you talk to your agency, they can say, what the heck is this? Who's talking to you? They don't see you. They don't talk to you. Well, in the court, the California Court of Appeals, it is the law. It's not up to you. It's up to the courts. It's not a matter of state. I'm not asking you to ask for federal law. It requires you to do that. This is not a federal issue. It's not a federal matter. The question is somehow, do I feel the right to pursue this case? It's not a matter of state. So, how do you do that? How do you ask for it? Well, in my opening brief, I swore I did ask for it, because if you're in a legal process, you should change their theory. I understand that you do. I'm completely in. But it would be the court's application under a face-off case. That's what the new theory does. So, it's time to get those issues assigned. Why does it apply to you? I mean, you're going to use this in a very important case, one that talks about if the trial is so fundamentally unfair, do you apply your theory of the case to this? I don't see that in this case. Well, what we're saying is, look, if you do the research that you need, then you are going to present your theory of the case to the court. So, how is it that you present your theory of the case? I'm not getting the assignment. What theory do you have that the court appreciates? Well, you present the theory, and, you know, the guy submits his theory of the case, and then the question is,  is this right? And, first of all, I'm going to assume that the court is going to question it. And, to a large degree, the court has to be able to analyze the case and make a judgment based on the theory of the case. And, I'm going to assume that the court is going to be conscious of the theory of the case and, of course, allow it to submit its case. It's not going to simply go and present the theory of the case. The court is going to be conscious of the theory of the case and decide that it is not wise to do that. There's a lot of times here that the judge showed that she wasn't ready to teach herself to be able to present the theory of the case. So, in rejecting the theory of the case, the jury appears to have concluded that it was really wise to present the theory of the case and to submit it, and, as a result, teach herself to be able to present the theory of the case. And, as a result, there are a lot of groups in this room that say, well, she was able to show that there's a sense of balance. And, going back to the question of whether she was able to present the theory of the case, I'm going to assume that she was. And, I'm going to assume that she was. And, I'm going to assume that she was. It was not a policy. It was not a policy. Well, it wasn't a policy, because even assuming something that responded to her wasn't it said, it's all the jury to the police, it's time to go. Okay? And, for that, that's an issue. Yes, they find that the solution is a good solution. They find that the solution was a good solution. Well, he didn't he didn't he was not joking. Okay? He was not joking. Um, he got a pretty fast a pretty fast response. Um, he was very angry. Um, he had been trying towards Stein. Um, he had been along and standing pretty soon. I'm telling you, that he's a terrible guy. I mean, I think that that the the joking evidence was extremist. I mean, I think there are reasons. With respect, it was clear It was clear respect, I mean I think everybody was clear that you sometimes people have those insecurities that I think in his mind it was actual that jury confiscation is not reasonable. So, sense Cheng was understanding about the police, I do think that the police can just in reviewing all the cases they said number one you're entitled to a little certainty in your case you're entitled to a little certainty under federal law  to a little certainty under state law So, it seems to me that it seems ultimately unfair to stop you engaging getting into the courts that are that are something that you're entitled to a little certainty under state law to a little certainty in your case and you should stop you engaging in the courts that are under federal law that are not just under state law to a little certainty in your case Well, the jury had no discretion and so this is an issue that we should not   in under state law to a little certainty in your case and you should stop you engaging in the courts that are under state law to a little  in your case and you    engaging   that are under state law to a little certainty in your case and you should stop you engaging in the courts that are under   to a little certainty   and you  stop should stop you engaging    under shouldn't stop you engaging under state law to a little certainty in your case and you shouldn't stop you      little certainty in your  and you shouldn't stop you engaging under state law to a little certainty in your case and you shouldn't stop you engage because you don't want to do that. So I'm really trying to find whether or not there was a balance between confidence and confidence in what was really the truth. And so once you are in confidence whether or not there was a balance between what was really the
judges: W. Fletcher, Rawlinson, Hurwitz